FILED
CLERK, U.S. DISTRICT COURT

Oct 1, 2015

CENTRAL DISTRICT OF CALIFORNIA
BY: _____PMC_____ DEPUTY

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RON KHOURY, an individual,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CVS PHARMACY, INC., GARFIELD BEACH CVS, L.L.C., and DOES 1 through 50 inclusive,<br><br>　　　　Defendants. | Case No. 2:15-cv-003347-SVW-PJW<br><br>[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii) |

# ORDER

Pursuant to the stipulation of the Parties, the Court hereby orders that the above-captioned matter is dismissed in its entirety, each side to bear its/his own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: ____October 1____, 2015

_____
Honorable Stephen V. Wilson
United States District Judge